JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CORNELL ARTHUR ALLEN, | ) | NO. CV 20-10821-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOSIE GASTELO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 17, 2024

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE